1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Linda Hernandez-Segura

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                          **WESTERN DIVISION**
9

10

11 | LINDA HERNANDEZ-SEGURA,        ) Case No.: 5:14-cv-00222-MRW
                                    )
12 |                                ) ORDER OF DISMISSAL
              Plaintiff,            )
13 |                                )
          vs.                       )
14 | CAROLYN W. COLVIN, Acting      )
     Commissioner of Social Security,)
15 |                                )
                                    )
16 |          Defendant.            )
                                    )
17

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21

22 DATE:   October 9, 2014
                                          _____
23                                        THE HONORABLE MICHAEL R. WILNER
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  DATE: October 2, 2014    Respectfully submitted,

2                              LAW OFFICES OF LAWRENCE D. ROHLFING

3                                   /s/ *Denise Bourgeois Haley*
                           BY:_____
4                              Denise Bourgeois Haley
                               Attorney for plaintiff Linda Hernandez-Segura

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 5:14-CV-00222-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 2, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____